# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA A. ESCONDE,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08CV1548-LAB (PCL)<br><br>**ORDER OF REFERENCE** |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), **IT IS HEREBY ORDERED** all matters arising out of this social security appeal, including the motion for leave to proceed *in forma pauperis*, are referred to United States Magistrate Judge Peter C. Lewis for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Lewis' chambers with respect to all scheduling, hearing, or other issues.

**IT IS SO ORDERED**.

DATED: August 27, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge